UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BASIC MARINE SERVICES, INC.                     CIVIL ACTION

VERSUS                                          NO. 08-4894

LARCO MARINE, LLC, ET AL.                       SECTION: R(4)

ORDER REALLOTTING CASE

Defendants, **LARCO MARINE, LLC and M/V SEA DUCTION,** are represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 4th day of December, 2008.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DEC 09 2008
REALLOTTED TO
SECT. C

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____